# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**LORETHA D. BROWN**                                                                                          **PLAINTIFF**

**V.**                                           **NO. 4:17-CV-51-DMB-JMV**

**DIVERSICARE LEASING CORPORATION**                                         **DEFENDANT**

## ORDER

On January 19, 2018, United States Magistrate Judge Jane M. Virden issued a Report and Recommendation recommending that Diversicare Leasing Corporation's motion to dismiss be denied. Doc. #14. The Report and Recommendation warned:

> [O]bjections [to the Report and Recommendation] are required to be in writing and must be filed within fourteen (14) days of this date. Failure to timely file written objections to the proposed findings, conclusions and recommendations contained in this report will bar an aggrieved party, except upon grounds of plain error, from attacking on appeal unobjected-to proposed factual findings and legal conclusions accepted by the district court. *Douglass v. United Services Automobile Association*, 79 F.3d 1415 (5th Cir. 1996).

*Id.* at 5.

No objections to the Report and Recommendation have been filed by either party.[1] Accordingly, this Court's review of the Report and Recommendation is limited to plain error. *Morales v. Mosley*, No. 3:13-cv-848, 2014 WL 5410326, at *2 (S.D. Miss. Oct. 22, 2014) (citing *Shelby v. City of El Paso*, 577 F. App'x 327, 331 (5th Cir. 2014)) ("When there has been no objection to a report and recommendation, review is limited to plain error.").

The Court has reviewed the Report and Recommendation and found no plain error. Therefore, the January 19, 2018, Report and Recommendation [14] is **ADOPTED** and Diversicare

---

[1] Brown, who is proceeding pro se, was mailed a copy of the Report and Recommendation on January 19, 2018.

Leasing Corporation's motion to dismiss [11] is **DENIED**.

**SO ORDERED**, this 14th day of March, 2018.

<u>**/s/Debra M. Brown**</u>
**UNITED STATES DISTRICT JUDGE**